

**Freddie Mac**

We make home possible ℠

## BROKER'S PRICE OPINION

Freddie Mac Loan # ▓▓▓▓

Servicer Loan # _____

| | | |
|---|---|---|
| Exterior /Curb Side ☒ | Inspection Date 04/28/2010 | |
| Interior ☐ | | |
| Interior Access Denied ☐ | Reason | BPO # 41304346 |

| BPO Firm Name | Broker | Phone |
|---|---|---|
| PREMIER BPO, LLC | THERESA DOSCHER | 917 921-2836 |

### SUBJECT PROPERTY DESCRIPTION

| Property Address 825 WESLEY ST | | | | Unit # |
|---|---|---|---|---|
| City BALDWIN | County NASSAU | State NY | | Zip 11510 |

| Is property currently listed for sale with a real estate firm? ☐ Yes ☒ No | Name of Listing Broker, Salesperson or Firm | Phone |
|---|---|---|
| Property Type:  SFD | | Condo Fee $ |

Occupant:    ☒ Owner    ☐ Tenant    ☐ Vacant

### Estimate of repairs needed for subject property

| Interior: | | Exterior: | |
|---|---|---|---|
| Painting | $ 0 | Painting | $ 0 |
| Structural | $ 0 | Structural | $ 0 |
| Appliances | $ 0 | Landscaping | $ 0 |
| Utilities | $ 0 | Roof | $ 0 |
| Carpet/Floors | $ 0 | Windows | $ 0 |
| Other | $ 0 | Other | $ 0 |
| Cleaning/Trash Removal | $ 0 | Do you recommend repairs?  ☐ Yes  ☒ No | |

Repairs Total: $ 0.00

---

Overall Property Condition:    ☐ Excellent    ☒ Good    ☐ Fair    ☐ Poor
Are there any items that require IMMEDIATE attention/action?    ☐ Yes    ☒ No
Title/Legal Issues?    ☐ Yes    ☒ No
Do any environmental issues affect the value of the property?    ☐ Yes    ☒ No
If yes to any of the above, please explain:
NO NEGATIVE CONDITIONS NOTED ON SUBJECT PROPERTY OR IN THE SURROUNDING NEIGHBORHOOD.

---

### NEIGHBORHOOD

| Property Values: ☐ Increasing  ☒ Stable  ☐ Declining | Predominant Occupancy  ☒ Owner  ☐ Tenant |
|---|---|
| Marketing Time: ☐ Under 3 Mos. ☒ 3-6 Mos. ☐ Over 6 Mos. | Vacancy Rate  ☒ 0-5%  ☐ 5-10%  ☐ 10-20%  ☐ 20% + |
| No. of Active Listings in Neighborhood: 41 | Price Range of Active Listings in Neighborhood:$ 200000   to $ 900000 |

COMMENTS QUIET SUBURBAN NEIGHBORHOOD, CLOSE TO ALL AMENITIES.

---

### VALUE ESTIMATION

| | Probable Sale Price | 90-Day Marketing Time | 120-Day Marketing Time | 180-Day Marketing Time |
|---|---|---|---|---|
| As Is | | 360000 | 360000 | 360000 |
| As Repaired | | 360000 | 360000 | 360000 |

Property should be listed:    As Is: ☒    As Repaired: ☐
Anticipated Seller-Paid Financing Costs: $
COMMENTS: (Describe your marketing strategy and reasons for As Is/As Repaired recommendations)
THE VALUE AS OF TODAY IS $360,000. THE TYPICAL MARKETING TIME IS 150 DAYS. PRICED ACCORDING TO
CU...

PREPARED BY: THERESA DOSCHER
Signature

Date 04/29/2010

## COMPETITIVE LISTINGS

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Address | 825 WESLEY ST | 2063 OAKMERE DR, B | 1515 BERKELEY AVE, | 2382 FOX AVE, BALDW |
| Proximity to Subject | | 2 Miles | 3/4 Miles | 2 Miles |
| Current List Price | $ | $ 349000 | $ 360000 | $ 395000 |
| Current List Date | | 02/26/2010 | 02/05/2010 | 01/21/2010 |
| Original List Price | $ | $ 349000 | $ 360000 | $ 395000 |
| Original List Date | | 02/26/2010 | 02/05/2010 | 01/21/2010 |

VALUE ADJUSTMENTS  (Use the following codes for the adjustments: S=Superior  E=Equal  I=Inferior  U=Unknown)

| DESCRIPTION | DESCRIPTION | DESCRIPTION | ADJ | DESCRIPTION | ADJ | DESCRIPTION | ADJ |
|---|---|---|---|---|---|---|---|
| Above Grade Room Count | Total # of Rooms 7 Bdrm 3 Baths 2 | Total # of Rooms 7 Bdrm 3 Baths 1.5 | | Total # of Rooms 8 Bdrm 3 Baths 2 | | Total # of Rooms 7 Bdrm 3 Baths 2 | |
| Gross Living Area | Sq. Ft. 1267 | Sq. Ft. 1251 | Code | Sq. Ft. 1269 | Code | Sq. Ft. 1291 | Code |
| Location | GOOD | GOOD | E | GOOD | E | GOOD | E |
| Site/Lot Size | .14 | .13 | E | .14 | E | .14 | E |
| Design and Appeal | SFD | SFD | E | SFD | E | SFD | E |
| Age (number of yrs. since house was built) | 73 | 90 | I | 68 | E | 83 | I |
| Overall Condition | Good | Good | E | Good | E | Good | E |
| Garage/Carport | None | 1 Detached | S | 1 Detached | S | None | E |
| Porch, Patio Deck, Pool, Fence | DECK | DECK AND POC | E | PORCH, PATIO, | E | POOL | E |
| Overall Rating/Est.$ Value of Adjustments | | +2,500 | E | 0 | E | +2,500 | E |
| Indicate Property Most Comparable to Subject (Check One) | | ☐ | | ☒ | | ☐ | |

COMMENTS: ALL COMPS SIMILAR IN GLA AND SQFT, STYLE AND EFFECTIVE AGE. SINGLE FAMILY DWELLING IN QUIET SUBURBAN NEIGHBORHOOD, CLOSE TO ALL AMENITIES. ADJUST VALUE $ FOR OLDER IN AGE

## CLOSED SALES

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Address | 825 WESLEY ST | 612 GRANT AVE, BALD | 1629 JOHNS CT, BALD | 511 OLIVE BLVD, HEM |
| Proximity to Subject | | 1/2 Miles | 3/4 Miles | 3/4 Miles |
| Original List Price | $ | $ 390000 | $ 365000 | $ 347000 |
| List Price When Sold | $ | $ 390000 | $ 365000 | $ 347000 |
| Sales Price | $ | $ 390000 | $ 365000 | $ 347000 |
| Sales Date | | 03/09/2010 | 03/12/2010 | 03/18/2010 |
| Days on Market | | 120 | 150 | 180 |

VALUE ADJUSTMENTS  (Use the following codes for the adjustments: S=Superior  E=Equal  I=Inferior  U=Unknown)

| DESCRIPTION | DESCRIPTION | DESCRIPTION | ADJ | DESCRIPTION | ADJ | DESCRIPTION | ADJ |
|---|---|---|---|---|---|---|---|
| Above Grade Room Count | Total # of Rooms 7 Bdrm 3 Baths 2 | Total # of Rooms 9 Bdrm 3 Baths 2 | | Total # of Rooms 7 Bdrm 3 Baths 2 | | Total # of Rooms 6 Bdrm 3 Baths 2 | |
| Gross Living Area | Sq. Ft. 1267 | Sq. Ft. 1425 | Code | Sq. Ft. 1351 | Code | Sq. Ft. 1272 | Code |
| Sales or Financing Concessions | | 0 | E | 0 | E | 0 | E |
| Location | GOOD | GOOD | E | GOOD | E | GOOD | E |
| Site/Lot Size | .14 | .14 | E | .14 | E | .13 | E |
| Landscaping | Good | Good | E | Good | E | Good | E |
| Design and Appeal | SFD | SFD | E | SFD | E | SFD | E |
| Age (number of yrs. since house was built) | 73 | 63 | E | 72 | E | 81 | E |
| Overall Condition | Good | Good | E | Good | E | Good | E |
| Garage/Carport | None | None | E | None | E | None | E |
| Porch, Patio Deck, Pool, Fence | DECK | NONE | E | NONE | E | NONE | E |
| Overall Rating/Est.$ Value of Adjustments | | -200 | E | 0 | E | 0 | E |
| Indicate Property Most Comparable to Subject (Check One) | | ☐ | | ☒ | | ☐ | |

COMMENTS: ALL COMPS SIMILAR IN GLA AND SQFT, STYLE AND EFFECTIVE AGE. SINGLE FAMILY DWELLING IN QUIET SUBURBAN NEIGHBORHOOD, CLOSE TO ALL AMENITIES. ADJUST VALUE FOR (SOLD 1) FOR LARGER GLA

**BPOdirect Addendum**

**BPOdirect Order #:** 41304346          **Project Code:** _____

**FM Loan Number:** ▓▓▓▓▓▓          **SS Loan Number:** _____

**Property Address:** 825 WESLEY ST          , BALDWIN          , NY, 11510

**Comments:**

ADDITIONAL COMMENTS: VALUATION COMMENTS CONTINUED: RRENT
MARKET CONDITIONS AND BASED ON THE CURRENT LISTINGS IN THE
SURROUNDING NEIGHBORHOOD AS PRESENTED. ALL COMPS BASED
UPON MID RANGE VALUE.

**Comments, cont:**

**Comments, cont:**

*Order 41304346, ADDRESS_VERIFICATIO.JPG*



*Order 41304346, FRONT.JPG*



*Order 41304346, STREET.JPG*

